No. 6471. Bowles v. United States. C. A. D. C. Cir. Certiorari denied.

No. 6475. Gomez v. United States. C. A. 4th Cir. Certiorari denied.

No. 6479. Williams v. United States. C. A. 2d Cir. Certiorari denied.

No. 6481. Williams v. United States. C. A. 9th Cir. Certiorari denied.

No. 6483. Jones v. United States. C. A. 4th Cir. Certiorari denied.

No. 6496. Harrington v. United States. C. A. D. C. Cir. Certiorari denied.

No. 6516. Young v. United States. C. A. 10th Cir. Certiorari denied.

No. 6528. Taylor v. Johnson, Sheriff. Sup. Ct. Ill. Certiorari denied.

No. 6541. Hickman v. New Jersey. Sup. Ct. N. J. Certiorari denied.

No. 6544. Antonson v. Virginia A. B. C. Board et al. Sup. Ct. App. Va. Certiorari denied.

No. 6545. Lomax v. United States. C. A. 4th Cir. Certiorari denied.

No. 6547. Zenor v. Vogt et al. C. A. 5th Cir. Certiorari denied.

No. 6548. Eaton v. United States. C. A. 8th Cir. Certiorari denied.

No. 6552. Cordle v. Moynahan, Judge. C. A. 6th Cir. Certiorari denied.